**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**BLITZ STUDIOS INC.,**<br><br>**Defendant.** | **CASE NO. 4:26-cv-882 (CDL)** |
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br>**VGW HOLDINGS LTD, *et al.*,**<br><br>**Defendants.** | **CASE NO. 4:26-cv-883 (CDL)** |
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br>**DABBLE SPORTS LLC, *et al.*,**<br>**Defendants.** | **CASE NO. 4:26-cv-886 (CDL)** |

**ORDER**

Before the Court is the parties' joint motion to set a deadline for Defendants' responses to Plaintiff's Fourth Amended Complaint (the "Complaint") and establish a briefing schedule for any motions directed to the Complaint. Upon consideration of the joint motion and for good cause shown, the Court GRANTS the motion.

The stay of Defendants' deadline to respond to the Complaint is LIFTED. Defendants shall answer or otherwise respond to the Complaint on or before **December 4, 2026**. Plaintiff

shall file any oppositions to Defendants' motions on or before **January 15, 2027**, and Defendants shall file any replies on or before **February 5, 2027**.

SO ORDERED this 16th day of November 2026.

S/Clay D. Land
HON. CLAY D. LAND
UNITED STATES DISTRICT JUDGE

Jointly tendered by:

David C. Rayfield (Ga. Bar No. 596706)
WALDREP, MULLIN & CALLAHAN LLC
111 Twelfth Street, Suite 300
P. O. Box 351
Columbus, GA 31902
(706) 320-0600
davidrayfield@waldrepmullin.com

*Attorneys for Plaintiff Georgia Gambling Recovery LLC*

David L. Mize (Ga. Bar No. 854694)
HUFF, POWELL & BAILEY, LLC
1037 Front Avenue, Suite A
Columbus, GA 31901
(706) 591-8280
DMize@huffpowellbailey.com

Joe Paunovich (*pro hac vice*)
QUINN EMMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor Los Angeles, California 90017
(213) 443-3000
joepaunovich@quinnemmanuel.com

*Attorneys for Defendant Blitz Studios, Inc.*

Gregory D. Beaman (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
(212) 506-5000
gbeaman@orrick.com

David H. Bouchard (Ga. Bar No. 712859)
FINCH MCCRANIE LLP
229 Peachtree Street, NE, Suite 2500
Atlanta, GA 30303
(404) 658-9070
david@finchmccranie.com

*Attorneys for Defendants VGW Holdings Pty Ltd., VGW GP Ltd., VGW Malta Ltd., and VGW Luckyland Inc.*

Terry R. Weiss (Ga. Bar No. 746495)
tweiss@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree St, N.E., Ste. 1700
Atlanta, Georgia 30309
(404) 253-6900

William M. Gantz (*pro hac vice*)
bgantz@duanemorris.com
DUANE MORRIS LLP
100 High St, Ste. 2400
Boston, MA 02110
(857) 488-4234

*Attorneys for Defendants Dabble Sports. LLC and Dable Sports Pty Ltd*